

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2015

No. 04-14-00905-CV

**ESCONDIDO RESOURCES II, LLC,**
Appellant

v.

**JUSTAPOR RANCH, L.C.,**
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2013-CV7-001396-D1
The Honorable Joe Lopez, Judge Presiding

## O R D E R

Appellee's second motion for extension of time to file its brief is GRANTED. Appellee's brief is due on August 14, 2015. No further extensions will be granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court